UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D-6 MICHAEL DAVID MEEKS
a.k.a. "Mikey,"

        Defendant.
_____/

CRIMINAL NO. 10-20123

HONORABLE VICTORIA A. ROBERTS



FILED
MAR 3 1 2010
CLERK'S OFFICE
DETROIT

### DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

    I, MICHAEL DAVID MEEKS, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1 - Seditious Conspiracy - 20 years imprisonment and/or a fine of $250,000.

Count 2 - Attempted to Use Weapon of Mass Destruction - Life imprisonment and/or a fine of $250,000.

Count 4 and 5 - Carrying, Using, and Possessing a Firearm During and in Relation to a Crime of Violence - minimum of 5 years imprisonment and/or a fine of $250,000.

    In case of a second or subsequent conviction under 18 U.S.C. § 924(c), the person shall be sentenced to a minimum mandatory of 25 years imprisonment.

_____
MICHAEL DAVID MEEKS
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
PRINT NAME:
Counsel for Defendant

Dated: 3.31.2010